RECEIVED
IN LAKE CHARLES, LA

OCT 22 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHARLINE BROWNING** | : | **DOCKET NO. 2:06 CV 1430** |
| VS. | : | **JUDGE MINALDI** |
| **PETE GEREN, ACTING SECRETARY DEPARTMENT OF THE ARMY** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reason set forth therein, based on the pleadings, affidavits, and certified documents submitted by the parties, and the undisputed facts, the Court finds that there is no genuine issue of material fact and that the defendant is entitled to judgment as a matter of law; and accordingly:

IT IS ORDERED that the Defendant's Motion for Summary Judgment filed on behalf of Pete Geren, Acting Secretary of the Army, is hereby GRANTED;

IT IS FURTHER ORDERED that Plaintiff's Title VII claims are DISMISSED with prejudice.

Lake Charles, Louisiana, this 17th day of September, 2007

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE